## Prewitt *against* Neal.

*December*, 1825.

In trespass vs. Sheriff, evidence admissible to shew that the act was done by one of his deputies.

JUDGE *Crenshaw* delivered the opinion of the Court.

This was an action of Trespass, vi et armis, by *Prewitt* against *Neal*, for entering his close and taking his goods.

On the trial the plaintiff offered to prove that when the trespass was committed the defendant was Sheriff of *Madison* County ; and that the trespass complained of was com-

mitted by one of his deputies. This evidence, on the ob- <span style="font-variant:small-caps">December, 1825.</span>
jection of the defendant, was rejected.

Prewitt
v.
Neal.

The law is clear that the high Sheriff is answerable for the official acts of his deputy, and that this is the proper action against him for a trespass committed by his deputy under colour of office. 1 Doug. 43. 3 Wilson, 309.

We are of opinion that the Circuit Court erred in re-jecting the testimony. Let the judgment be reversed, and the cause be remanded.

Judge *Ellis* having presided on the trial in the Circuit Court, and Judge *Minor* having been of counsel, did not sit.